# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00318-CV

**Allandale Neighborhood Association, Appellant**

**v.**

**The City of Austin; Lincoln Property Company Commercial, Inc. and
Lincoln Northcross, Ltd., Appellees**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT
NO. D-1-GN-07-001957, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant has informed this Court that it wishes to withdraw its notice of appeal, explaining that no final decision has been reached in the underlying case. Appellees have informed this Court that they do not object to appellant's request. We therefore grant appellant's request and dismiss the appeal. Tex. R. App. P. 42.1(a)(2).

_____

David Puryear, Justice

Before Justices Patterson, Puryear, and Henson

Dismissed

Filed:   June 26, 2008